# BETZ + BLEVINS
LITIGATION AND EMPLOYMENT LAW

**ATTORNEYS**

Sandra L. Blevins
Managing Partner

Jamie A. Maddox
Partner

Courtney E. Endwright
Partner

Elizabeth A. Mallov
Of Counsel

Kevin W. Betz
Retired

**PARALEGALS AND ADMINISTRATORS**

Abigail L. DeCoursey

Jami R. Roberts

Liz M. Cowan

**PRACTICE AREAS**

Severance and Employment Agreements

Professional Licensing

Wrongful Discharge

Family and Medical Leave Act

Employee Benefits

Federal and State Court Litigation

Covenants Not to Compete

Professor/Teacher Tenure and Discipline

Physician Rights and Nurses Rights

Discrimination and Retaliation

**CONTACT**

One Indiana Square
211 N. Pennsylvania St.
Suite 1660
Indianapolis, IN 46204

Phone 317.687.2222

f  Betz + Blevins
betzblevins
in Betz + Blevins

BetzAdvocates.com

January 3, 2025

<u>**Via Certified Mail**</u>
EEO OFFICER/COMMANDING OFFICER
BUILDING 1 NSWC CRANE
300 HIGHWAY 361
Crane, IN 47522-5001

DEPUTY EEO OFFICER CODE 10E BUILDING 3239 NSWC CRANE
300 HIGHWAY 361
Crane, IN 47522-5001

**Re: Formal EEO Complaint of Discrimination for John C. O'Connor**

To Whom This May Concern:

We represent John C. O'Connor relating to his Formal EEO Complaint of Discrimination.

Please find attached Mr. O'Connor's *Department of the Navy Formal EEO Complaint of Discrimination Form* ("DON Form") that also includes an *Attachment to DON Formal EEO Complaint of Discrimination Form.* This DON Form is being timely filed today, January 3, 2025.

Please contact us if you have any questions or require additional information.

Respectfully,

Sandra L. Blevins

Enclosures

**EXHIBIT
1**

ADVOCATES FOR INDIVIDUALS

| DEPARTMENT OF THE NAVY (DON)<br>FORMAL EEO COMPLAINT OF DISCRIMINATION FORM | Agency Docket Number |
|---|---|

**PRIVACY ACT STATEMENT (5 U.S.C. §552a)**

AUTHORITY: Public Law 92-261

PRINCIPAL PURPOSE: Used for filing complaints of discrimination because of race, color, national origin, religion, sex, age, physical or mental disability, genetic information, and/or reprisal by the Department of the Navy civilian employees, former employees, applicants for employment, and some contract employees.

ROUTINE USES: Information used will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general requests for information under the Freedom of Information Act; (c) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Opportunity Commission) regarding the status of a complaint or appeal; (d) to adjudicate a complaint or appeal.

DISCLOSURE: Voluntary, however, failure to provide all pertinent information required by law may lead to rejection of the complaint on the basis of inadequate data on which to continue processing.

| 1a. Name of Complainant (Last, First, MI)<br><br>O'Connor, John C. | 1c. Telephone Number<br><br>(317) 687-2222 |
|---|---|
| 1b. Mailing Address (Include Street, City, State, and ZIP)<br>464 Concord Drive<br>Martinsville, IN 46151 | 1d. Alternate Telephone Number<br><br>(317) 361-0542 |
| | 1e. Email Address<br><br>jcoconnor@iquest.net |
| 2. Current Job Title, Pay Plan, Series, Grade:<br><br>Engineer / 0893 / ND-04 | 3. Are you a current DON employee?<br><br>Yes ⊙          No ◯ |
| 4a. Do you have a Representative?<br><br>Yes ⊙          No (Skip to step 5) ◯ | 4b. Is your Representative an Attorney?<br><br>Yes ⊙     No ◯     N/A ◯ |
| 4c. Name of Representative (Last, First, MI)<br><br>Blevins, Sandra L. | 4e. Representative's Telephone Number<br><br>(317) 687-2222 |
| 4d. Representative's Mailing Address (Include Street, City, State, and ZIP)<br>Betz + Blevins<br>One Indiana Square, Suite 1660<br>Indianapolis, IN 46204 | 4f. Representative's Alternate Telephone Number |
| | 4g. Representative's Email Address<br><br>sblevins@betzadvocates.com |

5a. Name of the Navy Activity that you believe discriminated against you:

NSWC-Crane, Crane Indiana

5b. Mailing Address of the Navy Activity that you believe discriminated against you: (Include Street, City, State, and ZIP)
Energy Systems Specialized Test and Evaluation Branch
Naval Surface Warfare Center, Crane Division (NSWC Crane)
Building 3235, Code JXMN
300 Highway 361
Crane, IN 47522-5001

FOR OFFICIAL USE ONLY (FOUO) - PRIVACY ACT SENSITIVE
ANY MISUSE OR UNAUTHORIZED DISCLOSURE MAY RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES

| DEPARTMENT OF THE NAVY  (DON)<br>**FORMAL EEO COMPLAINT OF DISCRIMINATION FORM** | Agency Docket Number |
|---|---|

**6a. Have you discussed your complaint with an EEO Counselor?**     Yes ⦿     No ◯

| 6b. Name of the Counselor:<br><br>Victoria Baker | 6c. Date of Initial EEO Contact:<br><br>September 23, 2024 |
|---|---|
| 6d. Date of Final Interview:<br><br>December 20, 2024 | 6e. Date of Receipt of Notice of Right to File:<br><br>December 20, 2024 |

**7. With regard to the allegation(s) described in this complaint, have you:**

a. Filed a grievance through a negotiated grievance procedure?     Yes ◯     date filed [ ]     No ⦿

b. Filed an appeal with the Merit Systems Protection Board?     Yes ◯     date filed [ ]     No ⦿

c. Filed a civil action in U.S. District Court?     Yes ◯     date filed [ ]     No ⦿

**8. Date on which the most recent alleged discrimination occurred:** Month January     Day 3     Year 2025

| 9. Allegation of Discrimination |
|---|

| 9a. Name of Person(s) Responsible for Discriminatory Behavior/Action:<br><br>Sara Robinson (JXMN) and Nova Carden (JXM) | 9b. Dates of Discriminatory Behavior/ Actions:<br><br>February 8, 2024 to present |
|---|---|

**9c. In specific and concise sentences, explain specifically how you were discriminated against.** (If additional space is needed, provide additional details about the incident(s) in an attachment.)

Please see the attached.

**9d. Which legally protected category below do you believe was the reason for the above incident(s)?** (Please select all that apply and describe how your selection applies to you)

Race: [ ] [ ]          Color: [ ] [ ]

National Origin: [ ] [ ]          Sex: [ ] [ ]

Religion: [ ] [ ]          Age (40+): [✓] Date of birth: 06/18/1959

Disability: [ ] Mental [ ] Physical [ ]          Genetic Information: : [ ] [ ]

Reprisal for Protected EEO Activity: [✓] I contacted EEO to complain about age discrimination on 9/23/2024.

FOR OFFICIAL USE ONLY (FOUO) - PRIVACY ACT SENSITIVE<br>ANY MISUSE OR UNAUTHORIZED DISCLOSURE MAY RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES     Pg. 2/3

| DEPARTMENT OF THE NAVY  (DON)<br>FORMAL EEO COMPLAINT OF DISCRIMINATION FORM | Agency Docket Number |
|---|---|

9e. Identify witnesses with information relevant to the alleged discriminatory action(s) and briefly describe what you think they could tell an investigator regarding the incident(s). Provide a phone number and/or email address for each witness.

Tina Earl, Task Manager at JXMN, (812) 854-8433: Ms. Earl would describe examples of Ms. Robinson's and Ms. Nova's conduct towards me and towards her (she is also over 40 years old).

GL ("Adam") Smith, Electronics Technician at JXMN, (812) 798-0591: Mr. Smith can provide a comparison of my engineering work compared to that of other engineers in the area, as he has worked as an Electronics Technician at JXMN for 15 to 17 years, and he has observed me in test planning, testing, and reporting writing. Mr. Smith can also attest to my participation in JXMN branch meetings.

10. What relief are you seeking to resolve this complaint? (State the specific corrective action(s) desired for each allegation.)

(1) A transfer to a new branch where I can work free of threats, harassment, retaliation, or regular discrimination;
(2) Lost wages for the lack of any raise;
(3) Payment for my attorneys' fees and expenses; and
(4) Time off to capture some of the time that I have spent working at home on the EEO documentation.

11. Be advised, if your complaint is investigated, you and your representative, if you have elected one, will each be provided one copy of the Report of Investigation (ROI) in a digital format. If you need your ROI to be provided in another format, please contact your processing EEO office prior to the issuance of the report.

| 12. Signature of Complainant | 13. Date Signed:<br><br>January 3, 2025 |
|---|---|

**To Be Completed By the Agency**

Date Complaint Received: _____

Typed Name of Recipient: _____

Processing EEO Office Name: _____

EEO Office Address: 

EEO Telephone Number: _____

Email Address of Recipient: _____

Complaint submitted via:

Email ◯

Fax ◯

In Person ◯

Mail ◯ (Postmark date) _____

_____

Signature: _____

<u>**Attachment to DON Formal EEO Complaint of Discrimination Form**</u> **(Continuation of Item 9c):**
John C. O'Connor
Page 1

1. **Background Information on Previous Performance History between September 2021 and February 2024:**

   Following a successful 24-year career as an engineer with Eli Lilly and Company, I joined the Energy Systems Specialized Test and Evaluation Branch of the Naval Surface Warfare Center, Crane Division (NSWC Crane) in September of 2021. I started at the JXMP branch and then moved to the JXMN branch in May of 2023, where I have remained through present. Before I began my career at Eli Lilly, I served at the Federal Employment at Naval Air Warfare Center Aircraft Division – Indianapolis (NAWC ADI or the Naval Avionics Center) as an engineer for nearly a decade, until the closure of that base in 1997. I received favorable performance reviews between my hire in September of 2021 and February of 2024. In December of 2022, I earned the JXM Employee of the Month award (out of all JXM employees) for my work at JXMP.

   Branch Manager CeCe Pierce hired me to join the JXMN branch in May of 2023, and she served as my supervisor until February 7, 2024. During this time, Ms. Pierce never informed me of any significant performance deficiencies. My primary duties during this time were to support Sara Robinson's projects, but I also worked with and supported other engineers and technicians on other projects. Specifically, between May and August of 2023, I supported Ms. Robinson's test projects and prepared them for her to fill-in her applicable portions when she was able to do so. Ms. Robinson thanked me for my "good notes" on June 20, 2023, and even nominated me for JXM Employee of the Month in the new branch. I also nominated Ms. Robinson for JXM Employee of the Month in August of 2023, and Ms. Robinson received the August JXM Employee of the Month award. Ms. Robinson remained complimentary of my work through October 3, 2023, when she informed me that my process supervisors were "very impressed" with my work.

2. **Pattern of Harassment by Sara Robinson between February 8, 2024 through Present:**

   After Ms. Pierce obtained a different position with Crane, Ms. Robinson took over as Branch Manager on February 8, 2024. I encouraged and assisted Ms. Robinson in applying for this promotion. However, when Ms. Robinson began serving as Branch Manager, she began a campaign to oust me from my position at the JXMN branch.

   For instance, although Ms. Robinson had only served as my supervisor for a period of weeks, Ms. Robinson actively removed 4 months of my accomplishments from my 2023-2024 performance year work, provided me with my first negative performance review in JXM, and denied me Continuing Pay Points although I am not close to the

**<u>Attachment to DON Formal EEO Complaint of Discrimination Form</u> (Continuation of Item 9c):**
John C. O'Connor
Page 2

top of my pay range. I appealed Ms. Robinson's performance ratings of me, but she denied these appeals, even though Ms. Robinson had lauded my performance and even nominated me for JXM Employee of the Month award during this same time period.

Ms. Robinson has also engaged in a pattern of hostility against me during which she raises alleged performance deficiencies over alleged delays or other issues for projects that I was involved in, when these alleged deficiencies were a product of Ms. Robinson's own manufacturing, exaggeration, or scapegoating of me for the mistakes of others. Ms. Robinson then used these alleged deficiencies to impose restrictions on my work and increased oversight over my daily activities, leading to additional unnecessary work and delays in the completion of work. These restrictions have hindered me from transferring to another branch at Crane. Ms. Robinson has also denied me the basic privileges that are offered to other, younger engineers in the same branch, including remote-working privileges and allowing multitasking on projects. I was the only engineer who Ms. Robinson prevented from teleworking and multitasking. Ms. Robinson has also imposed additional work requirements on me that are not required of other, younger engineers, including requiring me to account for how I spend my time in a spreadsheet, called a "Tasker." Ms. Robinson additionally assigned me projects on unattainable deadlines, including the completion of my first two JXMN safety test reports within 5 weeks in February of 2024. Ms. Robinson's current requirement is 120 to 160 hours (3 to 4 weeks) per report. A typical report cycle from start to final approval for distribution (including peer and departmental reviews, edits, and formatting) requires 6 to 8 months. Ironically, Ms. Robinson openly stated in late Summer of 2023 meetings that she had 8 to 10 reports to complete. Ms. Robinson has thus set me up for failure as an employee. Ms. Robinson is now attempting to change my role at JXM.

3. **Ms. Robinson's Influence Has Created a Negative Perception of Me in JXM Management between February 8, 2024 and Present:** Over the past several months since her February 2024 promotion through present, Ms. Robinson's biased views and discriminatory treatment of me have also negatively impacted the views of me by others in management, including Ms. Robinson's supervisor Nova Carden. Ms. Carden has now joined Ms. Robinson in a campaign of ongoing discriminatory treatment towards me because of my age and protected activity, which has created a hostile work environment. Ms. Robinson and Ms. Carden are attempting to change my role at JXM as part of this pattern of harassment and discrimination.

4. **Ms. Robinson's Removal of Me from Longstanding Project Between February 2024 and September 2024:** From February 2024 to September 2024, Ms. Robinson

2

**Attachment to DON Formal EEO Complaint of Discrimination Form** (Continuation of Item 9c):
John C. O'Connor
Page 3

removed me without explanation on multiple occasions from a project that I had been working on for 6 months.

5. **Ms. Robinson's Imposition of Unrealistic Timelines on My Work from February 2024 through Present:** Starting on or about February 2024, Ms. Robinson assigned me to draft large technical reports with unrealistic deadlines of 2.5 weeks per report. This was far less time than was provided to other engineers for similarly large technical reports.

6. **Ms. Robinson's Revocation of my Permission to Work Remotely on June 13, 2024:** On June 13, 2024, Ms. Robinson revoked my ability to work remotely, even though other employees continue to work remotely without issue. Ms. Robinson only offered initially vague reasons for revoking my ability to work remotely, and then she offered completely new and unrelated reasons for this removal. All other engineers continue to have teleworking privileges.

7. **Ms. Robinson's Restriction of Training Imposed on June 14, 2024:** On June 24, 2024, Ms. Robinson restricted me to no more than 4 training hours per week without pre-approval from Ms. Robinson. No other employee in my pay status had this same restriction.

8. **Ms. Carden's Counseling of Me After I Requested Assistance with Ms. Robinson between June 16, 2024 and July 19, 2024:** On June 16, 2024, I requested assistance from Ms. Carden in finding a new position, which Ms. Carden disclosed to Ms. Robinson and resulted in further alleged harassment from Ms. Robinson. Ms. Carden rescheduled the meeting with me multiple times until the meeting finally occurred a full month later on July 19, 2024. During the July 19, 2024 meeting, rather than offering me assistance in moving away from Ms. Robinson's supervision, Ms. Carden counseled me for allegedly missing report deadlines. Ms. Carden also told me that there would be repercussions if I missed another deadline.

9. **Ms. Robinson's and Ms. Carden's Denial of Branch-Related Testing on July 3, 2024:** On July 3, 2024, Ms. Robinson and Ms. Carden denied my request for JXMN branch-related off-site testing despite other younger colleagues being approved to attend training or travel related to off-site meetings. After Ms. Robinson initially ignored my request, I sought the assistance of Ms. Carden, and Ms. Carden and Ms. Robinson denied this request without explanation even though I communicated to Ms. Robinson that I had no outstanding work assignments at the time.

10. **Ms. Robinson's Imposition of Weekly Time Tracking on July 19, 2024:** On July 19, 2024, Ms. Robinson told me to complete a written task tracker each week

**Attachment to DON Formal EEO Complaint of Discrimination Form (Continuation of Item 9c):**
John C. O'Connor
Page 4

documenting my duties each week to include time spent writing reports. To my knowledge, Ms. Robinson has not required any other employee to account for his or her time in a similar fashion. The assigned task trackers have been the source of six (6) different follow-up requests, discussions, or investigations initiated by Ms. Robinson and required of me. The time spent creating task trackers, follow-up emails on the task trackers, discussions on the task trackers, and investigations concerning these task trackers have all taken hours of time away from project work. The time spent on the task trackers has thus only put me further behind Ms. Robinson's unreasonable timelines for completing projects.

11. **Ms. Robinson's Failure to Inform Me of Decision Denying Reconsideration on or Around September 3, 2024:** On September 3, 2024, I learned that Ms. Robinson never relayed her decision denying reconsideration of her refusal to provide me with Incentive Pay Points on June 10, 2024.

12. **Ms. Carden and Ms. Robinson's Discipline of Me Contrary to Previous Written Communications on October 16, 2024:** On July 19, 2024, Ms. Carden told me that neither she nor Ms. Robinson would be issuing a disciplinary action for any events or alleged conduct that occurred before July 19, 2024, yet on October 16, 2024, Ms. Carden and Ms. Robinson provided me a written reprimand for alleged behavioral incidents for events that occurred before July 19, 2024.

13. **Ms. Robinson's Pre-Action Disciplinary Meeting Alleging False and/or Exaggerated Performance Issues on October 16, 2024:** On October 16, 2024, Ms. Robinson held an impromptu pre-action disciplinary meeting with an HR Representative and me for the following alleged issues, which were false or exaggerated by Ms. Robinson:

    a. My alleged negative behavior in the workplace from February 2024 to October 2024 that had resulted from Ms. Robinson's and Ms. Carden's pattern of discrimination and retaliation against me as well as the imposition of unreasonable expectations on my work. This allegation of negative workplace behavior stood in stark contrast to Ms. Robinson's lauding the quality of my work and attitude throughout 2023.

    b. My allegedly exceeding the branch mandatory training rule during the week of September 9, 2024 through September 13, 2024. Four hours per week for mandatory training was the maximum unless Ms. Robinson was notified for additional approval. Nonetheless, I had specifically notified Ms. Robinson on numerous occasions both verbally in writing, including by email on September 6, 2024, that I expected that more than four hours of mandatory training

4

**<u>Attachment to DON Formal EEO Complaint of Discrimination Form</u> (Continuation of Item 9c):**
John C. O'Connor
Page 5

needed to be completed before September 12, 2024 due to the upcoming Security Division audit. Furthermore, Ms. Robinson permitted other employees to exceed the alleged four-hour maximum mandatory training time during the same time period.

c. My contacting the Security Division on September 18, 2024 to inquire about mandatory training deadlines. I had contacted the Security Division to confirm for Ms. Robinson that my understanding that the training I was to complete was mandatory.

14. **Ms. Robinson's Harassment of Me Based on my Arrival Time on October 17, 2024:** On October 17, 2024, Ms. Robinson harassed me about my arrival time despite the fact that I was on a maxiflex schedule, which specifically provided me with flexibility in completing 80 hours over a biweekly pay period as long as I was present at work during my core hours, and I had indeed arrived to work within my established core hours. Since this time, Ms. Robinson has apparently sent other employees to surveil me for my arrival times at work.

15. **My Request for the Completion of my Final Written Evaluation on October 28, 2024:** On October 28, 2024, I had to send a request to Ms. Robinson for my final written evaluation from Ms. Robinson covering the time period of April 1, 2023 through March 31, 2024. Ms. Robinson provided me with the evaluation on October 29, 2024. In reviewing this evaluation, I noted that Ms. Robinson had omitted work accomplishments before the start of Ms. Robinson's role as Branch Manager in February 2024. I had provided Ms. Robinson with a detailed list of my accomplishments on March 29, 2024. All of these missing accomplishments had been in support of Ms. Robinson's projects from May of 2023 through August of 2023, and Ms. Robinson thus had full knowledge of these accomplishments, which she had previously praised me for and even nominated me for JXM Employee of the Month.

Accordingly, I believe that I was harassed and discriminated against based on my age, which was over 40 at all relevant time periods described above, as well as was retaliated against because of my reports of discrimination in violation of the Age Discrimination in Employment Act (ADEA).